USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LB SPORTS MEDIA GROUP
INCORPORATED

                           Plaintiff,

     -against-

NORTHSTAR SOURCE
GROUP, LLC, et al.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-4102 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 25). A telephone conference will be held on **Thursday, July 13, 2023, at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: June 1, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge