USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LB SPORTS MEDIA GROUP
INCORPORATED

                       Plaintiff,

          -against-                                  **ORDER**

NORTHSTAR SOURCE
GROUP, LLC, et al.,                                 22-CV-4102 (KHP)

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The parties reached a settlement of this action at the Wednesday, November 15, 2023 settlement conference before the Undersigned. Accordingly, it is ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **Friday, December 15, 2023**, unless by that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the action should not be dismissed. Any request filed after Friday, December 15, 2023, may be denied solely on the basis that it is filed after the deadline.

      The Court will retain jurisdiction over this action for enforcement of the settlement.

**SO ORDERED.**

Dated: New York, New York
       November 16, 2023

                                                        _Katharine H. Parker_____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge