```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LB SPORTS MEDIA GROUP
INCORPORATED

                                Plaintiff,

          -against-                                  **ORDER OF DISMISSAL**

NORTHSTAR SOURCE                                   22-CV-4102 (KHP)
GROUP, LLC, et al.,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The parties reached a settlement of this action at the Wednesday, November 15, 2023 settlement conference before the Undersigned. On November 16, 2023, the Court issued an order directing that this action will be dismissed unless, by December 15, 2023, one or more of the parties filed a letter with the Court requesting that the action not be dismissed and stating the reasons why the action should not be dismissed. **As no such letter was filed, this action is HEREBY dismissed with prejudice and without costs (including attorneys' fees) to either party.**

      The Clerk of the Court is respectfully directed to close this case.

      SO ORDERED.

Dated: New York, New York
       February 12, 2024

                                                *Katharine H. Parker*
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge